IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-00158-PSF-OES

BLEU DISQUE MUSIC CO., INC.,
WB MUSIC CORP.,
WEBO GIRL PUBLISHING, INC.,
UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.,
EMI APRIL MUSIC, INC.,
MUSIC SALES CORP.,
EMI VIRGIN MUSIC, INC.,
ELLIOT WOLFF MUSIC,
SONY/ATV TUNES LLC, and
PERREN VIBES MUSIC, INC.,

    Plaintiffs,

v.

4040 EAST EVANS, INC., and
CHRISTAKES S. CHRISTOU,

    Defendants.

## ORDER TO PAY MONEY INTO COURT REGISTRY

This matter is before the Court on plaintiffs' Amended Motion for Order to Pay Money Into the Court Registry (Dkt. # 69), filed on September 21, 2007. No response has been filed. Having read the motions and being fully advised in the premises, the Court

HEREBY FINDS THAT:

1.    A final judgment was entered on May 27, 2004 against defendants 4040 East Evans, Inc. and Christakes S. Christou in the amount of $35,000;

2. Chase Bank was served with a Writ of Garnishment with Notice of Exemption and Pending Levy on August 24, 2007 and made answer concerning certain personal property in the amount of $8,664.25 currently being held by Garnishee from a checking account belonging to the judgment debtor, Christakes S. Christou;

3. The judgment debtor was served with a copy of the Writ of Garnishment and Notice of Exemption and Pending Levy on August 25, 2007; and

4. The judgment debtor has not filed a claim of exemption with the Court within ten days of service of the notice, as provided by C.R.S. § 13-54.5-108(1)(b).

Accordingly, plaintiffs' Amended Motion for Order to Pay Money Into the Court Registry (Dkt. # 69) is GRANTED. It is ORDERED that the money now held by the Garnishee in the amount of $8,664.25 be paid into the Registry of this Court and that the Garnishee be released and discharged as Garnishee upon compliance with this order.

It is FURTHER ORDERED that the funds deposited into the Registry of the Court shall be held pending further order of the Court as to disposition of said funds.

DATED: October 17, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge